HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VANESA JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-000190-DAD |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| VANESA JIMENEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Vanesa Jimenez (Kern County Sheriff's #2312808) shall be released from the Lerdo Pre-Trial Facility in Kern County on Monday, April 4, 2022 at 9:00 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure her safe and immediate transport to WestCare, the Lerdo Pre-Trial Facility will release Ms. Jimenez to Kevin Mitchel, from the Federal Defender's Office, for immediate transport to the WestCare.

Probation has informed undersigned counsel that WestCare is prepared for Ms. Jimenez's arrival for intake by 1:00 p.m. on Monday, April 4, 2022. While enrolled in the program, Ms. Jimenez is ordered to participate and remain in the program until she satisfies the requirements of the residential program or until further order of this Court. During this time, Ms. Jimenez will remain subject to all terms and conditions of his supervised release previously ordered. If Ms. Jimenez leaves the program at any time prior to completing the program, or if she is terminated

from the program for any reason, she is ordered to immediately inform her probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: __**April 1, 2022**__  

UNITED STATES DISTRICT JUDGE